# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15cv35

| | |
|---|---|
| **TERESA S. PRICE and THOMAS H. PRICE,** ) ) ) ) **Plaintiffs,** ) ) v. ) **U.S. GEAR TOOLS, INC., et al.,** ) ) **Defendants.** ) _____ ) | **ORDER** |

Pending before the Court is the Motion for Protective Order [# 34]. Plaintiff moves for a protective order quashing or staying the deposition of Plaintiff. On November 18, 2015, the Court held a hearing on the motion. After considering the argument of counsel, reviewing the entire record in this matter, and after considering the relevant legal authority, the Court orally denied the motion and directed that the depositions proceed. The Court found that the Plaintiff failed to satisfy its burden of demonstrating that the issuance of a protective order was appropriate in this case. The Court now enters this Order to perfect the November 18, 2015, oral ruling. The Court **DENIES** the motion [# 34] for the reasons stated orally at the hearing.

Signed: November 20, 2015

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge