# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-35

| | |
|---|---|
| TERESA S. PRICE and<br>THOMAS H. PRICE,<br><br>       Plaintiffs,<br><br>   v.<br><br>U.S. GEAR TOOLS, INC.,<br>TEXTRON INC., AECOM, INC.,<br>and MICROMATIC LLC,<br><br>       Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Christopher G. Browning, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Douglas A. Henderson. It appearing that Douglas A. Henderson is a member in good standing with the Georgia State Bar and will be appearing with Christopher G. Browning, Jr., a member in good standing with the Bar of this Court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Christopher G. Browning, Jr.'s Application for Admission to Practice *Pro Hac Vice* [# 46] of Douglas A. Henderson is **GRANTED**, and that Douglas A. Henderson is **ADMITTED** to

practice, *pro hac vice*, before the Bar of this Court while associated with Christopher G. Browning, Jr.

Signed: November 30, 2015

Dennis L. Howell
United States Magistrate Judge