**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00035-MR-DLH**

| | | |
|---|---|---|
| **TERESA S. PRICE and** | ) | |
| **THOMAS H. PRICE,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | <u>**O R D E R**</u> |
| | ) | |
| | ) | |
| **U.S. GEAR TOOLS, INC.,** | ) | |
| **TEXTRON INC., AECOM, INC., and** | ) | |
| **MICROMATIC, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On September 9, 2016, counsel for the Plaintiffs advised the Court that they had reached a settlement with Defendant AECOM, Inc., in this matter and that the Plaintiffs and Defendant AECOM, Inc., would be filing a joint stipulation of dismissal. To date, however, nothing has been filed in that regard.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiffs and Defendant AECOM, Inc., shall file a joint stipulation of dismissal within fifteen (15) days of the entry of this Order. **Failure to file such document within**

**the time required will result in the Court entering an order of dismissal as to Defendant AECOM, Inc.**

**IT IS SO ORDERED.**

Signed: September 30, 2016

Martin Reidinger
United States District Judge