# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00035-MR-DLH

| | |
|---|---|
| TERESA S. PRICE and ) <br> THOMAS H. PRICE, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> U.S. GEAR TOOLS, INC., ) <br> TEXTRON INC., and ) <br> MICROMATIC, LLC, ) <br> ) <br>     Defendants. ) <br> _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte*.

On November 4, 2016, counsel for all parties filed under seal a Settlement Term Sheet [Doc. 174] indicating that they had reached a complete settlement in this matter.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiffs and Defendants U.S. Gear Tools, Inc., Textron Inc., and Micromatic, LLC, shall file a joint stipulation of dismissal within thirty (30) days of the entry of this Order. **Failure to file such document within the time required may result in the Court convening a hearing for the parties to show cause why**

**their Settlement Term Sheet [Doc. 174] should not be enforced, and may result in the entry of an order dismissing this action.**

IT IS SO ORDERED.

Signed: November 11, 2016

Martin Reidinger
United States District Judge